## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                    **ORDER**
                                     Criminal File No. 99-139 (MJD/JGL)

(2) SHAWN EDMUND SHAW,

      Defendant.

_____

Anders Folk for Chris S. Wilton, Assistant United States Attorney, Counsel for Plaintiff.

Mark D. Larsen, Lindquist & Vennum PLLP, Counsel for Defendant.

_____

      **IT IS HEREBY ORDERED** that:

1. The United States Marshals shall ensure that as long as Defendant Shawn Edmund Shaw remains in the Sherburne County Jail, all of his telephone conversations are monitored, with the exception of telephone conversations with his attorney.

2. The United States Marshals shall ensure that the medical staff at the Sherburne County Jail examine Shaw and make a recommendation on the course of treatment that Shaw requires for his rheumatoid arthritis.


Dated: April 13, 2006                               s / Michael J. Davis
                                                            Judge Michael J. Davis
                                                            United States District Court